THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBRA L. EDWARDS,

    Plaintiff,

v.

CIBA VISION CORPORATION, et al.,

    Defendants.

CIVIL ACTION

NO. 1:03-cv-3780-WBH

## ORDER

This Court hereby Orders parties in this case to participate in non-binding mediation. The Court refers this case to Michael Fisher as mediator [1]. The parties are ORDERED to contact the mediator within ten (10) days to facilitate scheduling and preparations for the mediation conference. Each party must bring to mediation an individual with full authority to settle. This means that each party must bring to the mediation an individual with authority to bind their client to a settlement for the full amount of the demand, provided, of course, that the negotiations persuade the negotiator that full settlement is appropriate. This expedites negotiations by avoiding the need to get back to the client for more authority which inevitably delays the process

---

[1]    Mr. Fisher can be reached at (404) 607-9350.

and which is viewed by some as an attempt to manipulate the process.[2]

The parties in this case shall equally bear the cost of mediation and shall retain the right to a full trial if there is no settlement.

It is so ORDERED, this 28 day of November, 2005.

*Willis B. Hunt, Jr.*
Judge, United States District Court

---

[2] That individual might be the party, an officer of the party, an insurance representative or the lawyer herself. Of course, the party, or a party representative should always be present.